UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

GARY THORNBURG,

        Plaintiff,

      -against-

REDLINE RECOVERY SERVICES, LLC,

        Defendant.

**VERIFIED COMPLAINT and DEMAND FOR JURY TRIAL**

NOW COMES Plaintiff, Gary Thornburg ("Plaintiff"), by and through his attorneys, Krohn & Moss, Ltd., for his Verified Complaint against Defendant, Redline Recovery Services, LLC ("Defendant"), alleges as follows:

<u>Nature of the Action</u>

1.     This action is brought by Plaintiff pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

<u>Parties</u>

2.     Plaintiff is a natural person residing in Birmingham, Shelby County, Alabama.

3.     Plaintiff is allegedly obligated to pay a debt and is a consumer as defined by 15 U.S.C. § 1692a(3).

4.     Defendant is a limited liability company having its principal place of business in Amherst, Erie County, New York.

5.     Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

6.      Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## Jurisdiction and Venue

7.      Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

8.      Because Defendant is located in and conducts business in the state of New York, personal jurisdiction is established

9.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

10.      Declaratory relief is available pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 - 2202.

## Factual Allegations

11.      Defendant places collection calls to Plaintiff seeking and demanding payment for the alleged consumer debt.

12.      Defendant places collection calls Plaintiff at the following telephone numbers (205) 637-1539 and (909) 486-2710.

13.      Defendant places collection calls from the number (716) 250-4800.

14.      Defendant called Plaintiff on both his telephone numbers, (205) 637-1539 and (909) 486-2710, and left voicemail messages for Plaintiff requesting a return call to (800) 804-8082, extension 4855 (*See Exhibit "A" hereto*).

15.      Both of the voicemail messages Defendant left for Plaintiff failed to disclose the "Redline Recovery Services, LLC" was the caller (*See Exhibit "A"*).

2

16.     Both of the voicemail messages Defendant left for Plaintiff failed to state that the call was from a debt collector (*See Exhibit "A"*).

<u>CLAIM FOR RELIEF</u>

17.     Defendant's violations of the FDCPA include, but are not limited to, the following:

   a.   Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person;

   b.   Defendant violated §1692d(6) of the FDCPA by placing telephone calls without properly disclosing its identity;

   c.   Defendant violated §1692e of the FDCPA by using false, deceptive, or misleading representations or means in connection with the collection of an alleged debt;

   d.   Defendant violated §1692e(10) of the FDCPA by engaging in deceptive means to collect an alleged debt;

   e.   Defendant violated §1692e(10) of the FDCPA by failing to disclose in subsequent communications that the call is from a debt collector;

   f.   Defendant violated §1692f of the FDCPA by engaging in unfair and unconscionable means to collect or attempt to collect an alleged debt;

18.     Plaintiff is entitled to his attorney's fees and costs incurred in this action;

19.     This case presents an actual and justiciable controversy within the meaning of the Declaratory Judgment Act, 28 U.S.C. §§ 2201 - 2202.

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

(1)   Declaratory judgment that Defendant's conduct violated the Fair Debt Collection

Practices Act, 15 U.S.C. § 1692 *et seq*;

(2)  Actual damages

(3)  Statutory damages of $1,000.00  pursuant to 15 U.S.C. § 1692k

(4)  Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and

(5)  Awarding such other and further relief as may be just, proper and equitable.

Dated:          December 15, 2009

KROHN & MOSS, LTD.

By: /s/ Adam T. Hill_____
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-289-0898
ahill@consumerlawcenter.com
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Gary Thornburg, hereby demands a jury trial in

this matter.

## VERIFICATION

STATE OF ALABAMA        )

                                   :ss.:

COUNTY OF SHELBY       )

        Plaintiff, GARY THORNBURG, being duly sworn, deposes and says:

1.  I am the Plaintiff in this civil proceeding;
2.  I have read the foregoing Verified Complaint prepared by my attorneys and I believe that all of the facts contained therein are true and correct, to the best of my knowledge, and formed after reasonable inquiry;
3.  I belief that this civil Complaint is well ground in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law;
4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.  I have filed this Complaint in good faith and solely for the purposes set forth in it;
6.  Each and every exhibit I have provided to my attorneys, which has/have been attached to this Complaint, is/are true and correct copy(s) of the original(s); and
7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated the exhibit(s), except that some of the attached may contain some of my own handwritten notations.

        Pursuant to 28 U.S.C. § 1746(2), I, GARY THORNBURG, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 9 DEC 09

_____
GARY THORNBURG

**<u>EXHIBIT A</u>**

## Gary Thornburg v. Redline Recovery Services, LLC

Message left on telephone number (205)637-1539 on December 3, 2009:
I am trying to get a message over to Gary Thornburg.  This is Rob Jones calling.  I need a return call at 1-800-804-8082, extension 4855.  Be informed the message is being recorded as a notification for reference 4237356.  I will need a return call by 9 p.m. Eastern Standard Time to discuss the options that are available.

Message left on telephone number (909) 486-2710 on December 3, 2009:
Message is meant solely for Gary Thornburg.  This is Rob Jones calling.  I need a return call at 1-800-804-8082, extension 4855, reference 4237356.  I need a return call tonight.